IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMMANUEL BULL, | | |
| | Plaintiff, | CV F 05 1255 LJO WMW PC |
| vs. | | ORDER |
| A. K. SCRIBNER, et al., | | |
| | Defendants. | |

On January 8, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. On January 2, 2008, Plaintiff filed a motion for extension of time to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 8, 2008, recommendation of dismissal is vacated.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   January 30, 2008**          /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE

1