IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL BULL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A. K. SCRIBNER, et al., ) <br> ) <br> Defendants. ) <br> _____) | NO. 1:05 cv 01255 LJO GSA PC <br><br> ORDER RE: FINDINGS & RECOMMENDATIONS <br><br> Document # *30* |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2010, findings and recommendations were entered, recommending dismissal of certain claims and defendant. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.   The Findings and Recommendations issued by the Magistrate Judge on October

25, 2010, are adopted in full; and

2. This action proceeds on the first amended complaint, filed February 1, 2008, against Defendants Brown and Rivera for the incident of excessive force on September 18, 2002, inv violation of the Eighth Amendment.

3. Plaintiff's claims regarding the February 27, 2003, disciplinary hearing, the denial of visiting privileges on January 1, 2003, the incident of excessive force on April 10, 2002, the incident of excessive force on July 8, 2002, and the incident of excessive force on September 18, 2002, are dismissed.

4. The remaining defendants are dismissed.

IT IS SO ORDERED.

Dated:   December 1, 2010            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE