UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUAL BULL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>　　　　Defendants. | 1:05-cv-01255-LJO-GSA-PC<br><br>ORDER DIRECTING CLERK TO RE-SERVE SECOND INFORMATIONAL ORDER WITH <u>RAND</u> NOTICE ON PLAINTIFF<br><br>(Doc. 36-1.) |

　　　　Plaintiff is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2012, Defendants filed a motion to dismiss this action for Plaintiff's failure to exhaust administrative remedies. (Doc. 57.) By this motion, Defendants seek to dismiss this action in its entirety.

　　　　On January 6, 2012, the Court issued the Second Informational Order, Motion to Dismiss Notice, and Summary Judgment Notice in this action, providing Plaintiff with notice pursuant to <u>Rand v. Rowland</u>, 154 F.3d 952 (9th Cir. 1998), advising Plaintiff of his rights and responsibilities to oppose a motion to dismiss such as that filed by Defendants in this action. (Doc. 36-1.) At this juncture, Plaintiff shall be provided with another copy of the Order/Notice. <u>Woods v. Carey</u>, No. 09-15548, 09-16113, 2012 WL 2626912 (9th Cir. July 6, 2012). Plaintiff is advised to immediately review the Order/Notice in its entirety for information pertaining to his opposition to Defendants' pending motion to dismiss.

///

Accordingly, IT IS HEREBY ORDERED that the Clerk shall serve another copy of the Second Informational Order, Motion to Dismiss Notice and Summary Judgment Notice (Doc. 36-1) upon Plaintiff, for his review.

IT IS SO ORDERED.

**Dated:  July 9, 2012**                    /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE